# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

)
MAKHTAR YAHIA NAJI AL-WRAFIE,    )
(ISN 117)                        )
                    Petitioner,  )
                                 )
v.                               )        Civil Action No. 09-cv-2368 (RCL)
                                 )
BARACK OBAMA,                    )
President of the United States,  )
*et al.,*                        )
                                 )
                    Respondents. )
_____)

**FILED**

JUL 1 5 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## [PROPOSED] ORDER

It is hereby **ORDERED** that Respondents' Consent Motion to Extend Briefing

Deadlines, filed in the above-captioned case on July 12 2011, is **GRANTED**; and it is further

**ORDERED** that Petitioner and Respondents shall file opening cross-briefs no later than

July 22, 2011; and it is further

**ORDERED** that Petitioner and Respondents shall file reply briefs no later than August 9,

2011.

Date: 7/13/11

_____
The Honorable Royce C. Lamberth
United States District Judge